AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MARIA RAMIREZ

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   EP-04-CA-245(KC)

THE CITY OF EL PASO, SGT. ARMATIGE
OFFICER C. ONTIVEROS, OFFICER M.
GOMEZ, OFFICER J. CAMPOS, SGT.
P. PACILLAS and CARLOS LEON

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that the present case is hereby dismissed with prejudice based on the stipulations of the parties.

---

January 24, 2005                                William Putnicki
Date                                            Clerk

                                                (By) Deputy Clerk